UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JUDITH B. ROGERS**,
as the Personal Representative of
**THE ESTATE OF JOSEPH N. ROGERS, SR.**,
deceased,

      Plaintiffs,

Case No:  3:19-cv-00551

v.

**MONSANTO COMPANY**,
a foreign corporation,

      Defendant.
_____/

## PLAINTIFF'S RESPONSE TO ORDER REQUIRING FURTHER INFORMATION TO ESTABLISH SUBJECT MATTER JURISDICTION

In response to the Court's order dated May 14, 2019 [Doc. No. 4], the Plaintiff, **JUDITH B. ROGERS**, as the Personal Representative of **THE ESTATE OF JOSEPH N. ROGERS, SR.**, deceased (hereinafter "Plaintiff"), hereby gives notice that she has filed her *Amended Complaint,* which in Paragraph 4 alleges facts that establish diversity of citizenship between the parties to this action.

    **I HEREBY** certify that on May 15, 2019, I electronically filed the foregoing *Response to Order Requiring Further Information to Establish Subject Matter Jurisdiction* with the Clerk of Court using the CM/ECF system, which provided electronic service upon all counsel of record.

                                Respectfully submitted,

                                /s/ Christopher Shakib
                                **Christopher Shakib, Esquire**
                                **TERRELL HOGAN & YEGELWEL, P.A.**
                                233 East Bay Street, 8th Floor
                                Jacksonville, Florida  32202
                                Telephone:     (904) 632-2424
                                Facsimile:     (888) 575-3241

Primary Email: shakib@terrellhogan.com
Secondary Email: jfleury@terrellhogan.com
Florida Bar No.: 0947865
Attorney for the Plaintiff